USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ISAAC SCHINAZI,                                  :
                                                 :      09 Civ. 2400 (WHP)
                          Appellant,             :
                                                 :      SCHEDULING ORDER
          -against-                              :
                                                 :
SAMI TAMMAN,                                     :
                                                 :
                                                 :
                          Appellee.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel having appeared before this Court for a teleconference on April 7, 2009,

the following schedule is established on consent of the parties:

        1.     Appellant shall serve and file its brief in support of the appeal by April 30, 2009;

        2.     Appellee shall serve and file its brief in opposition to the appeal by May 22, 2009;

        3.     Appellant shall serve and file any reply brief by June 9, 2009; and

        4.     This Court will hear oral argument on the appeal on June 26, 2009 at 10:00 a.m.

Dated: April 7, 2009
      New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record:*

Douglas J. Pick, Esq.
Pick & Zabicki LLP
369 Lexington Avenue
12th Floor
New York, NY 10117
*Counsel for Appellant*

Gregg Herbert Kanter, Esq.
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Appellee*